IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSE GILBERTO SERRANO GOYCO,

    Plaintiff,

vs.

UNITED STATES OF AMERICA;
DEPARTMENT OF JUSTICE, and
BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV206-039

## ORDER

Plaintiff previously submitted to the Court for filing a "Motion to Request a Judicial Review of an Illegal Wrong Action of a Federal Agency, Pursuant (to) 5 U.S.C. § 553 And § 702 At (sic) Seq. (ADA)." Plaintiff sought to proceed *in forma pauperis*. By Order dated February 7, 2006, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until March 9, 2006 to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that February 7, 2006, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this _20_ day of _March_, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)